1

2                    IN THE UNITED STATES DISTRICT COURT

3

4              FOR THE NORTHERN DISTRICT OF CALIFORNIA

5

WALTER JACKSON,
6                                              No. CV-10-4014 CRB (PR)

7              Petitioner,
                                          **JUDGMENT IN A CIVIL CASE**
8       v.

9

GREG LEWIS, Acting Warden,
10
              Respondent.
11  _____/

12

13      **( )  Jury Verdict.** This action came before the Court for a trial by jury. The issues

have been tried and the jury has rendered its verdict.
14
        **(X)  Decision by Court.** This action came to trial or hearing before the Court. The
15
issues have been tried or  heard and a decision has been rendered.
16
        **IT IS SO ORDERED AND ADJUDGED**
17
        The petition for a writ of habeas corpus is DENIED.
18
        Pursuant to Rule 11 of the Rules Governing Section 2254 Cases, a certificate of
19
appealability (COA) under 28 U.S.C. § 2253 (c ) is DENIED.
20

21

22  Dated: April 11, 2012                    Richard W. Wieking, Clerk

23

24                                           By: Tracy Lucero
                                             Deputy Clerk
25

26

27

28